IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

Plaintiff,
   CAROLYN A. JONES

versus

Defendants,
   RITE HITE DOORS, INC.,
      and
   JOHN AND JANE DOES, A, B, C, D, E

CIVIL ACTION NO:
1:06 CV 41 LG-RHW

## ORDER OF DISMISSAL

THIS DAY THIS CAUSE came on to be heard before this Court upon the Plaintiff's ore tenus Motion to Dismiss with prejudice in this cause, and the Court having considered same is of the opinion that same this case should be dismissed with prejudice.

IT IS THEREFORE ORDERED AND ADJUDGED that the Motion hereto be, and same is hereby sustained and the Complaint is hereby dismissed with prejudice with all parties to bear their own costs.

ORDERED AND ADJUDGED on this the _____ day of _____, 2006.

UNITED STATES DISTRICT JUDGE

AGREED AND APPROVED:

CAROLYN JONES, Plaintiff

PAUL A. CHINICHE, Esquire
Attorney for Plaintiff, Carolyn Jones

WALTER DUKES, Esquire
Attorney for Defendant, Rite-Hite Doors, Inc.